*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| DEYSI ROSALIA HERNANDEZ AMAYA | Case No.   3:25-cv-02040 |
|---|---|
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| LADWIG, *ET AL.*, | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that C. Dabney O'Riordan be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Deysi Rosalia Hernandez Amaya in the above described action.

SO ORDERED on this, the 19th day of December, 2025.

_____
U.S. Magistrate Judge