*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DEYSI ROSALIA HERNANDEZ AMAYA | Case No.   3:25-cv-02040 |
| Plaintiff | |
| | |
| VS. | Judge   Terry A. Doughty |
| LADWIG, *ET AL.*, | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Jacqueline Pearce</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of <u>Deysi Rosalia Hernandez Amaya</u> in the above described action.

SO ORDERED on this, the <u>19</u>th day of <u>December</u>, 20<u>25</u>.


_____
U.S. Magistrate Judge