*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEYSI ROSALIA HERNANDEZ AMAYA

Plaintiff

Case No.   3:25-cv-02040

VS.

LADWIG, *ET AL.*,

Defendant

Judge   Terry A. Doughty
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that <u>Stephanie Cordero</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of <u>Deysi Rosalia Hernandez Amaya</u> in the above described action.

SO ORDERED on this, the <u>19</u>th day of <u>December</u>, 20<u>25</u>.

_____
U.S. Magistrate Judge