*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEYSI HERNANDEZ AMAYA
Plaintiff

Case No.   3:25-cv-02040

VS.
LADWIG, *ET AL.*,
Defendant

Judge   Terry A. Doughty
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that Melinda K. Johnson be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Deysi Rosalia Hernandez Amaya in the above described action.

SO ORDERED on this, the 19th day of December, 2025.

_____
U.S. Magistrate Judge