UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEYSI ROSALIA HERNANDEZ AMAYA          CIVIL ACTION NO. 25-2040

                                                   SECTION P

VS.

                                                   JUDGE TERRY A. DOUGHTY

SCOTT LADWIG, ET AL.                    MAG. JUDGE KAYLA D. MCCLUSKY

**ORDER**

Petitioner Deysi Rosalia Hernandez Amaya, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement who petitions for a writ of habeas corpus under 28 U.S.C. § 2241, moves the Court to set a hearing.  [doc. # 3-1].

Respondents, however, have not filed a response yet.  When the record is complete, the Court will determine the necessity of an evidentiary hearing.  Accordingly, Petitioner's motion, to the extent she requests a hearing, is **DENIED**.[1]

In Chambers, Monroe, Louisiana, this 2nd day of January, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

---

[1] The undersigned previously granted the same motion in part to the extent Petitioner requested a 21-day response time.  [doc. # 11].